# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

M.C. Z.O.

                        Plaintiff,

v.                                                    Case No.: 1:26–cv–04794
                                                      Honorable Jorge L. Alonso

Markwayne Mullin

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: A Notice of Release has been filed [14]. This case is dismissed without prejudice. Petitioner's Petition for a writ of habeas corpus [1] is denied as moot Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.